UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Karen Cornell,
    Plaintiff,

v.                                Case No. C-1-02-186
                                  (Beckwith, J.; Hogan, M.J.)

R. Daniel Hannon, et al.,
    Defendants.

_____

**NOTICE**

_____

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Timothy S. Hogan on:

Monday, February 9, 2004, at 10:30 am
Room 706 Potter Stewart U.S. Courthouse

                Timothy S. Hogan
                United States Magistrate Judge


                    S/Barbara A. Crum
                Courtroom Deputy

cc:    All Counsel
bac    January 16, 2004