**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Karen Cornell,
    Plaintiff

v.                                       Case No. 1:02-cv-186

R. Daniel Hannon, et al.,
    Defendants

**ORDER**

       The Court having been advised by the parties that the within action has been settled;

       It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: <u>January 20, 2004</u>                          s/Sandra S. Beckwith
                                                                          Sandra S. Beckwith
                                                                         United States District Judge